## U.S. Bankruptcy Court
## Northern District of Illinois

In re:

Bankruptcy Case No. **09-22005**
**BRIDGET TURNER**
                                    Debtor

Adversary Proceeding No. **09-00838**
**BRIDGET TURNER**
                                    Plaintiff

V.
**INTERNAL REVENUE SERVICE**
                                    Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

| Name and Address of Plaintiff's Attorney |
|---|
| **Forest L Ingram, PC**<br>**79 W. Monroe Street**<br>**Suite 900**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | |
|---|---|---|
| | **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 642**<br>**Chicago IL 60604** | Status Hearing Date and Time<br>~~10/20/2009~~ at 10:30AM<br>11/17/2009 |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Kenneth S. Gardner, Clerk Of Court

## CERTIFICATE OF SERVICE

I, _____Vik Chaudhry_____, certify that I am, and at all times during the
                     (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was delivered _____10/20/09_____ by:
                                    (date)

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                      (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____10/20/09_____                           _____V.C_____
       Date                                        Signature

| Print Name | VIK CHAUDHRY (Law Clerk for Forrest L Ingram, P.C.) |
|---|---|
| Business Address | 79 W. Monroe, Ste. 900 |
| City | Chicago |
| State | IL |
| Zip | 60603 |

**CERTIFICATE OF SERVICE**

I, _____Vik Chaudhry_____, certify that I am, and at all times during the
         (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was delivered _____10/20/09_____ by:
          (date)

☑ Mail service: ~~Regular~~ CERTIFIED, first class United States mail, postage fully pre-paid, addressed to:

D. Patrick Mullarkey, Tax Division (DOJ)
Room 7804, JCB Building
555 4th Street NW
Washington, DC 20001          RRR#: 7004 2510 0001 9582 5366

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                             (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____10/20/09_____                        _____[signature]_____
        Date                                       Signature

| Print Name | | | |
|---|---|---|---|
| Vik Chaudhry (Law Clerk for Forrest L. Ingram, P.C.) | | | |
| **Business Address** | | | |
| 79 W. Monroe, Ste 900 | | | |
| **City** | | **State** | **Zip** |
| Chicago | | IL | 60603 |

CERTIFICATE OF SERVICE — courtesy copy

I, _____Vik Chaudhry_____, certify that I am, and at all times during the
(name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.   I further certify that the service of this summons and a copy of the complaint was delivered
____10/20/09____ by:
(date)

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                        (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

____10/20/09____                                   ____/s/ V. C.____
Date                                                              Signature

Print Name
VIK CHAUDARY (Law Clerk for Forrest L. Ingram, P.C.)
Business Address
79 W. Monroe, Ste 900
City                                  State           Zip
Chicago                           IL               60603

## CERTIFICATE OF SERVICE

I, _____Vik Chaudhry_____, certify that I am, and at all times during the
              (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was delivered ____10/20/09____ by:
              (date)

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                  (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

____10/20/09____                              ____V. C_____
      Date                                          Signature

Print Name
VIK CHAUDHRY (Law Clerk for Forrest L. Ingram, P.C.)
Business Address
79 W. Monroe, Ste. 900
City: Chicago    State: IL    Zip: 60603