B 250B

# UNITED STATES BANKRUPTCY COURT

_____ NORTHERN _____ DISTRICT OF _____ ILLINOIS _____

In re  EBRO FOODS, INC.
                              **Debtor**

Bankruptcy Case No. 09-10101

Chapter _____ 11 _____

G AND G PEPPERS, LLC,
                              **Plaintiff**

EBRO FOODS, INC.
                              **Defendant**

Adversary Proceeding No. 09-00500

## ALIAS   SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S. Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Craig A. Stokes<br>Stokes Law Office LLP<br>3330 Oakwell Court, Suite 225<br>San Antonio, TX 78218 |

If you make a motion, your time to answer is governed by Fed.R. Bankr.P. 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place.

| Address | Room |
|---|---|
| Dirksen Federal Building<br>219 South Dearborn<br>Room 744<br>Chicago, IL 60604 | 744 |
| | **Date and Time**<br>07/22/09 at 10:00AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Kenneth S. Gardner
Clerk of the Bankruptcy Court

**JUN 2 4 2009**

By: _Cynthia Keith_ (signature)

Date                                                             Deputy Clerk

Received 6/29/09

# CERTIFICATE OF SERVICE

I, __CRAIG A. STOKES__, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was delivered __June 22, 2009__ by:
(date)

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> Mr. Forrest L. Ingram
> Forrest L. Ingram, P.C.
> 79 W. Monroe Street, Suite 900
> Chicago, IL 60603

[ ] Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                      (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__7-7-09__                                                              __[signature]__
Date                                                                             Signature

| Print Name | Craig A. Stokes |  |
|---|---|---|
| Business Address | Stokes Law Office LLP 3330 Oakwell Court, Suite 225 |  |
| City | San Antonio, TX 78218 | Zip |