UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: G.G Peppers v. Ebro Foods Inq )   CASE NO. 09 B 10101  (09 A 00500)
)
)
)

## PRELIMINARY PRETRIAL ORDER

Counsel for all parties are hereby ordered to take the following steps in preparation for pretrial conference in this matter.

**INITIAL CONFERENCE OF COUNSEL.** No later than 8/14/2009, counsel are to confer in person, and not by telephone, in a good faith effort to reach agreement on all items referred to in this order. At this conference, counsel are ordered to discuss the issues in the case and to prepare a joint pretrial statement. Unless otherwise ordered by the court, discovery may be commenced prior to this conference; however, counsel are not required to have completed discovery prior to their initial conference or the pretrial conference with the Court. Discussion of the issues should be based primarily on information available to counsel from their clients or from records in counsel's possession.

**PRETRIAL STATEMENT.** At the initial conference, counsel shall submit a list of each theory of action, defense or interest of the parties they represent, and a list of the contentions of fact supporting each of these theories. Based on these submissions, counsel shall prepare a document, captioned "Joint Pretrial Statement" setting forth the following information:

   A. Plaintiff's case.
      1. A brief summary of plaintiff's contentions of facts in support of the cause(s) of action and the evidence to be replied upon to establish each of the facts contended.
      2. A brief statement of the theory of each cause of action.

   B. Case of each defendant and additional party.
      1. A brief statement of each theory of defense, interest, cause of action, etc.
      2. A brief summary of contentions of facts in support of the legal theories, and evidence to be relied upon to establish each of the facts contended.

   C. Contested and uncontested matters.
      1. A statement of all admitted or uncontested facts.
      2. Each party's brief statement of contested facts.
      3. Each party's statement of contested legal issues.

**FILING OF PRETRIAL STATEMENT.** On or before 8/20/2009, the pretrial statement shall be filed with the Court.

**PRETRIAL CONFERENCE.** On 8/25/2009 at 10:30 A.M., counsel for all parties shall appear for pretrial conference at 219 South Dearborn Street, Courtroom 744, Chicago, Illinois. Clients will not be permitted to attend without prior written order of Court to that effect.

**SANCTIONS.** In the event that one or both counsel fail to appear at the conference properly prepared and duly authorized to accomplish the purpose of the conference, the court will assess the attorney's fees of opposing parties, unless the court finds substantial justification or that other circumstances make an award of expenses unjust. Any assessment of costs or attorney's fees is against counsel personally, and may not be billed to counsel's client. Default or dismissal may be entered as an additional sanction.

**BINDING EFFECT OF PRETRIAL PROCEDURE.** Any fact or legal issue not set forth in the pretrial statement or raised at the pretrial conference will be deemed abandoned, uncontroverted or withdrawn in future proceedings, notwithstanding the contents of any pleadings or papers filed in the case, except on order of the Court for good cause shown.

Dated:   4 AUG 2009

EUGENE R. WEDOFF
Bankruptcy Judge