IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene Wedoff |
| | ) | |
| Debtor | ) | Case No. 09-10101 |
| | ) | |
| G AND G PEPPERS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. 09 A 500 |
| | ) | |
| EBRO FOODS, INC. | ) | Hearing: 8/19/09 at 9:30 A.M. |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:     See attached service list

      PLEASE TAKE NOTICE that I will appear on **August 19, 2009, at 9:30 A.M.,** before the Honorable Judge Eugene Wedoff, or any other Judge sitting in his stead, in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and will then and there present **Defendant's Motion for Leave to File An Amended Answer**, a copy of which is enclosed and hereby served upon you.

Dated: August 12, 2009               /s/ Forrest L. Ingram

Forrest L. Ingram, #3129032
Patrick F. Lambe
Helena Milman
Gautham Kaveti
FORREST L. INGRAM, P.C.
79 W. Monroe, Ste 900
Chicago, IL 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Vik Chaudhry, a non-attorney, certify that I served the above and foregoing Notice and the document to which it refers on those names that appear on the attached Service List by ECF or facsimile, as indicated on the list, on August 12, 2009 before the hour of 5:00 p.m.

/s/ Vik Chaudhry

## SERVICE LIST

**VIA CM/ECF**
**William T. Neary**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov


**VIA FACSIMILE**
**Craig A. Stokes**
3330 Oakwell Court, Suite 225
San Antonio, TX 78218
Fax: (210) 822-2595

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene Wedoff |
| | ) | |
| Debtor | ) | Case No. 09-10101 |
| | ) | |
| G AND G PEPPERS, LLC | ) | |
| | ) | |
| Plaintiff    , | ) | |
| | ) | |
| vs. | ) | Adversary No. 09 A 500 |
| | ) | |
| EBRO FOODS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE AN AMENDED ANSWER

Debtor-Defendant EBRO FOODS, INC. ("Debtor"), by and through its attorneys at FORREST L. INGRAM, P.C., moves for Leave to File an Amended Answer in the adversary proceeding number 09 A 500, filed by Plaintiff G AND G PEPPERS, LLC ("Plaintiff"), and in support thereof states as follows:

1. On March 24, 2009, Debtor filed a voluntary chapter 11 proceeding in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

2. On June 19, 2009, Plaintiff filed the present adversary proceeding against Debtor alleging breach of contract and enforcement of Perishable Agricultural Commodities Act trust provisions.

3. On July 31, 2009, Debtor filed its Answer to the Plaintiff's adversary complaint.

4.  Amendments to pleadings in adversary proceedings are governed by Rule 7015 of the Federal Rules of Bankruptcy Procedure, which states that Rule 15 of the Federal Rules of Civil Procedure applies in such cases.

5.  Rule 15(a)(1) of the Federal Rules of Civil Procedure states that "A party may amend its pleading once as a matter of course: (A) before being served with a responsive pleading; or (B) within 20 days after serving the pleading if a responsive pleading is not allowed and the action is not yet on the trial calendar."

6.  This is the first time Debtor is seeking to amend its pleading.

7.  Debtor is seeking to file an amended answer within 20 days from the date of filing of its original answer.

8.  The Court has not yet set a date on the trial calendar for a trial in this case.

9.  Therefore, the Court should allow Debtor to file its Amended Answer "as a matter of course."

10. Even if the circumstances of this case suggested that the Court should apply any other provision of Rule 15 to Debtor's request, the Court in its discretion should allow the amending of the Answer in order that the matter be resolved on its merits, as justice requires.

11. Rule 15(a)(2) of the Federal Rules of Civil Procedure states that "in all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires."

12. Debtor was in settlement negotiations with Plaintiff, which Debtor expected to be successful but the discussions unexpectedly broke down near the deadline for filing an answer in the adversary proceeding.

13. As a result, Debtor did not have sufficient time to obtain the complete nuanced information necessary to file an accurate answer at the time that the original answer was due to be filed.

14. Debtor has now obtained the information necessary to file an accurate answer.

15. The Amended Answer is attached hereto.

**WHEREFORE**, Debtor-Defendant EBRO FOODS, INC. prays this Court for leave to file *instanter* its Amended Answer to the adversary complaint in Adversary No. 09 A 500 filed by Plaintiff G AND G PEPPERS, LLC. Defendant asks for such other and further relief as may be just.

Respectfully submitted,
EBRO FOODS, Inc.

By:

/s/ Forrest L. Ingram
One of its attorneys

Forrest L. Ingram, #3129032
Patrick F. Lambe
Helena Milman
Gautham Kaveti
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838