# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene Wedoff |
| | ) | |
| Debtor | ) | Case No. 09-10101 |
| _____ | ) | |
| | ) | |
| G AND G PEPPERS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Adversary No. 09 A 500** |
| | ) | |
| EBRO FOODS, INC. | ) | Hearing: 8/25/09, 10:00 A.M. |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   See attached service list

     PLEASE TAKE NOTICE that I will appear on **August 25, 2009, at 10:00 A.M.,** before the Honorable Judge Eugene Wedoff, or any other Judge sitting in his stead, in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and will then and there present the parties Agreed Motion to File Joint Pretrial Statement Out of Time, a copy of which is enclosed and hereby served upon you.

Dated:  August 21, 2009                                     /s/ Forrest L. Ingram

Forrest L. Ingram, #3129032
Patrick F. Lambe
Helena Milman
Gautham Kaveti
FORREST L. INGRAM, P.C.
79 W. Monroe, Ste 900
Chicago, IL 60603
(312) 759-2838

## **CERTIFICATE OF SERVICE**

  I, Vik Chaudhry, a non-attorney, certify that I served the above and foregoing Notice and the document to which it refers on those names that appear on the attached Service List by ECF or facsimile, as indicated on the list, on August 21, 2009 before the hour of 5:00 p.m.


                /s/ Vik Chaudhry

## SERVICE LIST

**VIA CM/ECF**
**William T. Neary**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov


**VIA FACSIMILE**
**Craig A. Stokes**
3330 Oakwell Court, Suite 225
San Antonio, TX 78218
Fax: (210) 822-2595