## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene Wedoff |
| | ) | |
| Debtor | ) | Case No. 09-10101 |
| | ) | |
| G AND G PEPPERS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. 09 A 500 |
| | ) | |
| EBRO FOODS, INC. | ) | Trial Date: October 7, 2009 |
| | ) | |
| Defendant. | ) | |

## DEBTOR EBRO FOODS, INC.'S WITNESS LIST

**Silvio Vega**
EBRO Foods, Inc.
1330 W. 43rd St.
Chicago, IL 60609

**Mimi Vega**
EBRO Foods, Inc.
1330 W. 43rd St.
Chicago, IL 60609

**Ricardo Fernandez**
1729 W. Foster
Chicago, Illinois 60640

**Marta Jimenez**
6021 N. Keeler
Chicago, Illinois 60646

**Lila Carreno**
6328 N. Nordica
Chicago, Illinois 60646

Mr. Gary Reichart
c/o G & G Peppers, LLC
12245 N. CR 450 W.
Gaston, IN 47342

Mr. Greg Cox
c/o G & G Peppers, LLC
12245 N. CR 450 W.
Gaston, IN 47342

Jamie Jacks Schepper
c/o G & G Peppers, LLC
12245 N. CR 450 W.
Gaston, IN 47342

           Respectfully submitted,

           EBRO FOODS, INC.

           By:

           /s/ Forrest L. Ingram
           One of Debtor's attorneys

Forrest L. Ingram, #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Vik Chaudhry, a non-attorney law clerk, certify that I caused a copy of the foregoing document to be served on the parties in interest through the Court's ECF system as well as via facsimile at (210) 822-2595 on October 2, 2009.

/s/ Vik Chaudhry
Vik Chaudhry