### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EBRO FOODS, INC. | ) Judge Eugene Wedoff |
| | ) |
| Debtor | ) Case No. 09-10101 |
| ——————————————— | ) |
| | ) |
| G AND G PEPPERS, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Adversary No. 09 A 500 |
| | ) |
| EBRO FOODS, INC. | ) |
| | ) |
| Defendant. | ) |

### EBRO FOODS, INC.'S LIST OF EXHIBITS FOR ADVERSARY
### PROCEEDING NO. 09 A 500

Pursuant to this Court's Trial Order dated August 25, 2009 and Fed.R.Civ.Pro

26(a)(3)(A) and (C), Debtor and Debtor-in-Possession EBRO FOODS, INC. ("Ebro")

respectfully submits its list of exhibits in support of its defense in Adversary Proceeding

No. 09 A 500, *G and G Peppers v. Ebro Foods, Inc.*

### EXHIBIT LIST:

The exhibits that Ebro may present at trial are:

Debtor's Exhibit #1:   Purchase Order No. 85661-7 for jalapeno peppers
Debtor's Exhibit #2:   Purchase Order No. 85663-7 for jalapeno peppers
Debtor's Exhibit #3:   Purchase Order No. 85662-7 for jalapeno peppers
Debtor's Exhibit #4:   Purchase Order No. 85609-7 for jalapeno peppers
Debtor's Exhibit #5:   Purchase Order No. 85084 for jalapeno peppers
Debtor's Exhibit #6:   Purchase Order No. 85060 for jalapeno peppers
Debtor's Exhibit #7:   Purchase Order No. 85029 for jalapeno peppers

Debtor's Exhibit #8:  Invoice No. 2521 for jalapeno peppers
Debtor's Exhibit #9:  Invoice No. 393061 for jalapeno peppers
Debtor's Exhibit #10: Invoice No. 194070 for jalapeno peppers
Debtor's Exhibit #11: Invoice No. 2313 for jalapeno peppers

Respectfully submitted,

EBRO FOODS, INC.

By:

/s/ Forrest L. Ingram
One of Debtor's attorneys

Forrest L. Ingram, #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Vik Chaudhry, a non-attorney law clerk, certify that I caused a copy of the foregoing document to be served on the parties in interest through the Court's ECF system as well as via facsimile at (210) 822-2595 on October 2, 2009.

/s/ Vik Chaudhry
Vik Chaudhry