IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **EBRO FOODS, INC.,** | § | Judge Eugene Wedoff |
| | § | |
| Debtor and Debtor-in-Possession. | § | Case No. 09-10101 |
| | § | |
| **G AND G PEPPERS, LLC,** | § | |
| | § | |
| Plaintiff, | § | Adv. Proc. No. 09 A 500 |
| v. | § | |
| | § | |
| **EBRO FOODS, INC.,** | § | |
| | § | |
| Defendant. | § | |

### G AND G PEPPERS' AMENDED AND SUPPLEMENTAL
### LIST OF WITNESSES AND EXHIBITS FOR THE TRIAL OF ITS ADVERSARY
### PROCEEDING AGAINST EBRO FOODS, INC.

Pursuant to this Court's Trial Order dated August 25, 2009 and Fed.R.Civ. P26(a)(3)(A) and (C) (as made applicable herein by Fed. R. Bankr. P. 9014 and 7026), G and G Peppers, LLC ("G & G"), respectfully submits its list of witnesses and its amended and supplemental exhibits in support of its claim against Debtor Ebro Foods, Inc. ("Debtor"). **Due to counsel's oversight, the 2007 invoices which are subject of the pending action were not originally listed and have been included as Exhibit 8. No other change has been made to the Exhibits.**

### WITNESS LIST

At trial, G&G intends to call: Greg Cox.

In addition, G & G reserves the right to call as a witness any person identified as a witness or potential witness by Debtor, and to supplement or amend this witness list for purposes of rebutting testimony that Debtor may offer; or to rebut the content, validity or authenticity of

any exhibit that Debtor may offer; or for any other reason, with leave of the Court for cause shown.

## **EXHIBIT LIST**

The exhibits that G & G may present at Trial are:

| Number | Description | Date |
|---|---|---|
| G&G-001 | Articles of Incorporation | 1/19/00 |
| G&G-002 | PACA License Renewal | 4/25/06 |
| G&G-003 | PACA License Renewal | 4/25/07 |
| G&G-004 | PACA License Renewal | 4/25/11 |
| G&G-005 | E-Mail from John Koller from USDA to Cox Farms re G&G's PACA license | 9/8/09 |
| G&G-006 | G&G's Informal Complaint and its attachments | 2/27/08 |
| G&G-007 | Certification issued by the Department of Agriculture o Default Order issued August 8, 2009 re PACA Docket RD-08-186 | 9/8/09 |
| G&G-008 | G&G's 2007 Invoices | |

In addition, G & G reserves the right (1) to submit as an exhibit any document that is identified as an exhibit or potential exhibit by Debtor and (2) to supplement or amend this exhibit list for purposes of rebutting testimony that Debtor may offer, or to rebut the content, validity or authenticity of any exhibits that Debtor may offer; or for any other reason, with leave of Court for cause shown.

Dated: October 6, 2009.

                Respectfully submitted,

                By: /s/ Craig A. Stokes
                    Craig A. Stokes (#0122572)
                    STOKES LAW OFFICE LLP
                    3330 Oakwell Court, Suite 225
                    San Antonio, TX 78218
                    Telephone (210) 804-0011
                    Facsimile (210) 822-2595
                    cstokes@stokeslawoffice.com

And

Mary E. Gardner (#6190951)
Mary E. Gardner, P.C.
P.O. Box 330
West Dundee, IL 60118
Telephone (847) 804-7222

ATTORNEYS FOR G AND G PEPPERS, LLC

**CERTIFICATE OF SERVICE**

    I, Craig A. Stokes, counsel for G and G Peppers LLC, certify that I caused a copy of the foregoing document to be served on the parties in interest through the Court's ECF System, via facsimile at (312) 759-0298, and via e-mail at fingram@fingramlaw.com, on this the 6th day of October, 2009.

    /s/ Craig A. Stokes_____
    Craig A. Stokes