## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Anita M Buonincontro | ) | Case No. 08 B 18624 |
| | ) | |
| Debtor. | ) | Judge John H. Squires |
| | ) | |
| | ) | Hearing: October 30, 2009 at 10:30 a.m. |

### ORDER

This matter came to be heard on the Motion of the Debtor ANITA M. BUONINCONTRO, to Vacate an Order Dismissing the Case, Entered Pursuant to West Town Savings Bank's Motion to Dismiss. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED** that the Order of this Court from October 9, 2009, on West Town Savings Bank's Motion to Dismiss the Debtor's Chapter 13 case, is vacated.

Dated:                                                   BY THE COURT


                                                         _____
                                                         The Honorable Judge John H. Squires
                                                         U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.